AO 93 (Rev. 12/09) Search and Seizure Warrant

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
NOV 0 4 2013
MATTHEW J. DYKMAN
CLERK

## UNITED STATES DISTRICT COURT
for the
District of New Mexico

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 13mr 839
"MY PASSPORT" EXTERNAL HARD DRIVE BEARING: )
WXS1AB0D2408 )

### SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ New Mexico _____
*(identify the person or describe the property to be searched and give its location):*
See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____ November 5, 2013 _____
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____ Lorenzo F. Garcia or Duty Judge _____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____ OCT 25 2013 @ 1:45 p.m. _____ *Lorenzo F. Garcia*
Judge's signature

City and state: _____ Albuquerque, New Mexico _____   United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

1. "MY PASSPORT" external hard drive bearing: WXS1AB0D2408. The Device is currently located at the DEA Albuquerque District Office.

This warrant authorizes the forensic examination of the Device for the purpose of identifying the electronically stored information described in Attachment B.



AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 13MR839 | Date and time warrant executed: 10/30/2013 | Copy of warrant and inventory left with: See Below |

Inventory made in the presence of:
TFO Felix Nunez and IRS Brian McCarron

Inventory of the property taken and name of any person(s) seized:

Copy of "My Passport" external hard drive bearing WXS1AB0D2408. Including all electronic documents and data contained within. S/A Mauldin will mail a copy of the warrant to defense counsel for TS WILEY.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/4/2013

_____ For TFO Nunez
Executing officer's signature

DEA S/A Jeffrey Mauldin
Printed name and title